

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2025

No. 04-24-00749-CV

**IN RE** Helmut **ENGEL** and Patrick Engel D/B/A Home Technology Repair Service

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

On November 1, 2024, relators filed a petition for writ of mandamus. After considering the relators' petition and attached record, the response filed by the real parties in interest, and the relators' reply in support of their petition, this court concludes the relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 9, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024-CI-04544, styled *Stephan R. Engel and Engel Contracting LLC d/b/a Engel Solar Electric v. Patrick M. Engel and Helmut Toni Engel d/b/a Home-Technology-Repair-Service*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.